# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BECKY MCVAY,

    Plaintiff

v.

AIRBNB, INC., et al.,

    Defendants

Case No.: 3:24-cv-00078-MMD-CSD

**Order**

Re: ECF No. 12

Plaintiff has filed a motion for an extension of time to serve defendants Department Mar Y Cielo, Andrews Ramos, Neyla Paulette, Rosa Maria with the summons and complaint. (ECF No. 12.)

Plaintiff asks to have until October 18, 2024 to serve these defendants, which is over five months from the current deadline. While the court appreciates Plaintiff has encountered difficulties serving defendants abroad, an additional five months is an extraordinary amount of time. Plaintiff's motion (ECF No. 12) is **GRANTED** to the extent that Plaintiff has up to and including **July 31, 2024** to complete service as to the remaining defendants.

**IT IS SO ORDERED**.

Dated: May 2, 2024

                                                  Craig S. Denney
                                                United States Magistrate Judge