Chelsea Latino (NSBN 14227)
McDONALD CARANO LLP
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
(775) 788-2000
clatino@mcdonaldcarano.com

*Attorneys for Defendant Airbnb, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BECKY McVAY,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>AIRBNB, INC.; DEPARAMENT MAR Y CIELO; ANDRES RAMOS; NEYLA PAULETTE; ROSA MARIA; and JOHN DOES I-XX, inclusive; and ABC CORPORATIONS I-X, inclusive; and BLACK AND WHITE COMPANIES, I-X, inclusive,<br><br>　　　　　　Defendants. | Case No.: 3:24-cv-00078-MMD-CSD<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANT AIRBNB, INC. TO RESPOND TO COMPLAINT**<br><br>**(SECOND REQUEST)** |

Pursuant to Local Rules IA 6-1 and 7-1, Defendant Airbnb, Inc. ("Airbnb") and Plaintiff Becky McVay ("McVay"), hereby stipulate, agree, and respectfully request that the Court extend the deadline for Airbnb to respond to McVay's Complaint by 90 days, from July 1, 2024 to September 30, 2024.[1] The Complaint (ECF No. 1) was filed on February 14, 2024 and served on Airbnb on March 11, 2024. Pursuant to the Parties' first Stipulation Extending Deadline for Defendant Airbnb, Inc. to Respond to Complaint (ECF No. 6) that this Court granted on April 2, 2024 (ECF No. 9), Airbnb's deadline to respond or otherwise answer the Complaint is currently

---

[1] This Stipulation should not be construed as, nor shall it constitute, a waiver of any rights and remedies of Airbnb or its directors, officers, employees, agents, representatives or any other related or affiliated parties, and all such rights and remedies, whether arising under law, in equity, or otherwise, are hereby expressly reserved. This reservation specifically includes, but is not limited to, Airbnb's rights to challenge jurisdiction, venue, or other procedural and preliminary matters.

July 1, 2024. The parties have agreed and respectfully request to continue this deadline to September 30, 2024, as McVay requires additional time to effectuate service upon the other named defendants, at least one of whom is in Mexico, and McVay's second request for additional time to serve the foreign defendants is currently pending before the Court. *See* ECF No. 12 (McVay's first request for additional time to serve the other defendants); ECF No. 13 (granting additional time to serve the other defendants); ECF No. 14 (McVay's second request). Further, the parties require additional time to discuss potential resolution as to Airbnb or globally, which requires the other parties' appearance and would obviate the need for motion practice and conserve judicial and the parties' resources.

The parties do not seek this extension for purposes of delay and this is the second request for an extension of time for Airbnb to respond to McVay's Complaint. Accordingly, the parties request that the Court grant Airbnb an extension of time to respond to McVay's Complaint until **September 30, 2024.**

| | |
|---|---|
| DATED this 28th day of June, 2024. | DATED this 28th day of June, 2024. |
| McDONALD CARANO LLP | TERRY A. FRIEDMAN & JULIE THROOP, PLLC |
| By: */s/ Chelsea Latino* <br> Chelsea Latino (NSBN 14227) <br> 100 West Liberty Street, Tenth Floor <br> Reno, Nevada 89501 <br> (775) 788-2000 <br> clatino@mcdonaldcarano.com | By: */s/ Julie McGrath Throop* <br> Julie McGrath Throop, Esq. (NSBN. 11298) <br> 300 South Arlington Avenue <br> Reno, Nevada 89501 <br> (775) 322-6500 <br> jthroop@friedmanthroop.com |
| *Attorneys for Defendant Airbnb, Inc.* | *Attorney for Plaintiff* |

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 1, 2024