# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BECKY MCVAY, | Case No.: 3:24-cv-00078-MMD-CSD |
| Plaintiff | **Order** |
| v. | Re: ECF No. 26 |
| AIRBNB, INC., et al., | |
| Defendants | |

Before the court is Plaintiff's Motion for Enlargement of Time to Serve Defendants Department Mar Y Cielo, Andrews Ramos, Neyla Paulette, Rosa Maria with the summons and complaint. (ECF No. 26.)

Good cause appearing, Plaintiff's Motion for Enlargement of Time to Serve Defendants Department Mar Y Cielo, Andrews Ramos, Neyla Paulette, Rosa Maria with the summons and complaint (ECF No. 26) is **GRANTED** to the extent that Plaintiff has up to and including **April 15, 2025**, to complete service as to the remaining Defendants.

**IT IS SO ORDERED**.

Dated: October 4, 2024

_____
Craig S. Denney
United States Magistrate Judge