Chelsea Latino (NSBN 14227)
McDONALD CARANO LLP
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
(775) 788-2000
clatino@mcdonaldcarano.com

*Attorneys for Defendant Airbnb, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BECKY McVAY,<br><br>                Plaintiff,<br><br>vs.<br><br>AIRBNB, INC.; DEPARTAMENTOS MAR Y CIELO; ANDRES RAMOS; NEYLA PAULETTE; ROSA MARIA; and JOHN DOES I-XX, inclusive; and ABC CORPORATIONS I-X, inclusive; and BLACK AND WHITE COMPANIES, I-X, inclusive,<br><br>                Defendants. | Case No.: 3:24-cv-00078-MMD-CSD<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANT AIRBNB, INC. TO RESPOND TO COMPLAINT**<br><br>**(FOURTH REQUEST)** |

Pursuant to Local Rules IA 6-1 and 7-1, Defendant Airbnb, Inc. ("Airbnb") and Plaintiff Becky McVay ("McVay"), hereby stipulate, agree, and respectfully request that the Court extend the deadline for Airbnb to respond to McVay's Complaint to the earlier of (a) April 15, 2025, or (b) 21 days after service is completed on the remaining defendants.[1] The Complaint (ECF No. 1) was filed on February 14, 2024 and served on Airbnb on March 11, 2024. Pursuant to the Parties' third Stipulation Extending Deadline for Defendant Airbnb, Inc. to Respond to Complaint (ECF No. 24) that this Court granted on September 26, 2025 (ECF No. 25), Airbnb's deadline to respond

---

[1] This Stipulation should not be construed as, nor shall it constitute, a waiver of any rights and remedies of Airbnb or its directors, officers, employees, agents, representatives or any other related or affiliated parties, and all such rights and remedies, whether arising under law, in equity, or otherwise, are hereby expressly reserved. This reservation specifically includes, but is not limited to, Airbnb's rights to challenge jurisdiction, venue, or other procedural and preliminary matters.

or otherwise answer the Complaint is currently December 2, 2024. The parties have agreed and respectfully request to continue this deadline to either (a) April 15, 2025, which is the deadline for McVay to complete service as to the remaining defendants, or (b) within 21 days after McVay completes service on the remaining defendants. *See* ECF No. 26 (McVay's third request for additional time to serve the remaining defendants); ECF No. 27 (granting McVay until April 15, 2025 to serve the other defendants). The parties require additional time to discuss potential resolution, which requires the other defendants' appearance and would obviate the need for motion practice and conserve judicial and the parties' resources.

The parties do not seek this extension for purposes of delay and this is the fourth request for an extension of time for Airbnb to respond to McVay's Complaint. Accordingly, the parties request that the Court grant Airbnb an extension of time to respond to McVay's Complaint until the earlier of (a) **April 15, 2025**, or (b) 21 days after the date service is completed on the remaining defendants.

DATED this 15th day of November, 2024.          DATED this 15th day of November, 2024.

McDONALD CARANO LLP                              TERRY A. FRIEDMAN & JULIE THROOP, PLLC

By: */s/ Chelsea Latino*                         By: */s/ Julie McGrath Throop*
Chelsea Latino (NSBN 14227)                      Julie McGrath Throop, Esq. (NSBN. 11298)
100 West Liberty Street, Tenth Floor             300 South Arlington Avenue
Reno, Nevada 89501                               Reno, Nevada 89501
(775) 788-2000                                   (775) 322-6500
clatino@mcdonaldcarano.com                       jthroop@friedmanthroop.com

*Attorneys for Defendant Airbnb, Inc.*           *Attorney for Plaintiff*

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 18, 2024