1  FRIEDMAN & THROOP PLLC
2  JULIE McGRATH THROOP, ESQ.
   Nevada Bar No. 11298
3  JOHN C. BOYDEN, ESQ.
   Nevada Bar No. 3917
4  300 South Arlington Avenue
   Reno, Nevada 89501
5  Telephone: (775) 322-6500
6  julie@throopnvlaw.com
   john@throopnvlaw.com
7  Attorneys for Plaintiff
   BECKY McVAY
8

9  UNITED STATES DISTRICT COURT

10  DISTRICT OF NEVADA

11  BECKY McVAY,                                Case No. 3:24-cv-00078-MMD-CSD
12
              Plaintiff,
13                                              **ORDER GRANTING**
14       vs.                                    **NOTICE OF SETTLEMENT AND**
                                                **STIPULATION AND [PROPOSED]**
15  AIRBNB, INC., DEPARAMENT MAR Y              **ORDER TO VACATE PENDING**
    CIELO, ANDRES RAMOS, NEYLA                  **DEADLINES**
16  PAULETTE, ROSA MARIA, and JOHN
17  DOES I-XX, inclusive; ABC
    CORPORATIONS I-X, inclusive; and
18  BLACK AND WHITE COMPANIES, I-X,
    inclusive,
19
20           Defendants.
    _____/
21
          Plaintiff BECKY MCVAY and Defendant AIRBNB, INC. by and through their
22
23  respective counsel of record, hereby stipulate and agree that future deadlines be VACATED

24  based on the following:

25       1.   The parties reached an agreement on all material terms to the settlement of the
26  above-captioned action.
27
         2.   The parties are in the process of documenting the settlement.
28

- 1 -

3. As a result, in light of the settlement and in order to further judicial efficiency and avoid unnecessary fees and costs for service of process on the foreign Defendants, while the parties finalize their settlement documents, the parties' respectfully request that the future deadlines, including the deadline for Defendant ARIBNB, INC. to respond to the Complaint and the deadline to serve the remaining foreign Defendants with the Summons and Complaint be VACATED.

4. Due to the complexity of dealing with a foreign entities, the parties request an additional ninety days (90), to July 10, 2025, within which to file a Stipulation for Dismissal or otherwise provide the Court with a Joint Status Report regarding the progress of the settlement.

IT IS SO STIPULATED.

DATED this 10th day of April, 2025.

FRIEDMAN & THROOP, PLLC

/s/ Julie McGrath Throop
JULIE MCGRATH THROOP, ESQ.
JOHN C. BOYDEN, ESQ.
300 South Arlington Avenue
Reno, Nevada 89501
T: 775-322-6500
julie@throopnvlaw.com
john@throopnvlaw.com
Attorneys for Plaintiff

DATED this 10th day of April, 2025.

MCDONALD CARANO

/s/ Chelsea Latino
CHELSEA LATINO, ESQ.
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
T: 775-788-2000
clatino@mcdonaldcarano.com
Attorneys for Defendant AIRBNB, INC.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: April 11, 2025

- 2 -

## **CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of Friedman & Throop, PLLC, and that on this day I caused to be served the foregoing document(s) on all parties to this action by:

|   |   |
|---|---|
| _____ | placing an original or true copy thereof in a sealed envelope placed in the United States Mail at Reno, Nevada, postage paid, following ordinary business practices. |
| _____ | certified mail |
| _____ | having them personally delivered |
| \_\_\_X\_\_\_ | by court's CM/ECF program |
| _____ | facsimile (fax) |
| _____ | Federal Express or other overnight delivery |
| _____ | Reno/Carson Messenger Service |

Addressed as follows:

Chelsea Latino, Esq.
McDonald Carano LLP
100 West Liberty Street, Tenth Floor
Reno, Nevada 895001
775-788-2000
clatino@mcdonaldcarano.com

DATED this 10th day of April, 2025.

/s/ Laurie Lau

- 3 -