```
1  FRIEDMAN & THROOP PLLC
   JULIE McGRATH THROOP, ESQ.
2  Nevada Bar No. 11298
3  JOHN C. BOYDEN, ESQ.
   Nevada Bar No. 3917
4  300 South Arlington Avenue
   Reno, Nevada 89501
5  Telephone: (775) 322-6500
6  julie@throopnvlaw.com
   john@throopnvlaw.com
7  Attorneys for Plaintiff
   BECKY McVAY
8
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BECKY McVAY, | Case No. 3:24-cv-00078-MMD-CSD |
| Plaintiff, | |
| vs. | ORDER GRANTING |
| | **PLAINTIFF'S STATUS REPORT AND [PROPOSED] ORDER** |
| AIRBNB, INC., DEPARAMENT MAR Y CIELO, ANDRES RAMOS, NEYLA PAULETTE, ROSA MARIA, and JOHN DOES I-XX, inclusive; ABC CORPORATIONS I-X, inclusive; and BLACK AND WHITE COMPANIES, I-X, inclusive, | |
| Defendants. | |

Plaintiff BECKY MCVAY hereby provides the following status report:

1.  The parties reached an agreement on all material terms to the settlement of the above-captioned action.

2.  Plaintiff is in receipt of the settlement check from Zurich Aseguradora Mexicana, S.A. de C.V. The check was drawn from Banco Santander (Mexico), S.A. Plaintiff's counsel attempted to deposit the check into her client trust account, but the bank was unable to confirm

- 1 -

the foreign routing number and was unable to deposit the same. Therefore, the parties are diligently working on transferring the settlement funds via a wire transfer.

      3.      Due to the complexity of dealing with a foreign bank regarding the settlement funds, Plaintiff is requesting an additional ninety days (90), to October 8, 2025, within which to file a Stipulation for Dismissal or otherwise provide the Court with an additional Status Report regarding the progress of the settlement funds.

DATED this 11th day of July, 2025.

FRIEDMAN & THROOP, PLLC

JULIE MCGRATH THROOP, ESQ.
JOHN C. BOYDEN, ESQ.
300 South Arlington Avenue
Reno, Nevada 89501
T: 775-322-6500
julie@throopnvlaw.com
john@throopnvlaw.com
Attorneys for Plaintiff

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

DATED: July 11, 2025