JULIE McGRATH THROOP, ESQ.
Nevada Bar No. 11298
JOHN C. BOYDEN, ESQ.
Nevada Bar No. 3917
300 South Arlington Avenue
Reno, Nevada 89501
Telephone: (775) 322-6500
julie@throopnvlaw.com
john@throopnvlaw.com
Attorneys for Plaintiff
BECKY McVAY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BECKY McVAY,<br><br>Plaintiff,<br><br>vs.<br><br>AIRBNB, INC., DEPARAMENT MAR Y CIELO, ANDRES RAMOS, NEYLA PAULETTE, ROSA MARIA, and JOHN DOES I-XX, inclusive; ABC CORPORATIONS I-X, inclusive; and BLACK AND WHITE COMPANIES, I-X, inclusive,<br><br>Defendants.<br>_____/ | Case No. 3:24-cv-00078-MMD-CSD<br><br>**ORDER GRANTING**<br>**STIPULATION AND ORDER FOR**<br>**DISMISSAL WITH PREJUDICE** |

Plaintiff, BECKY MCVAY, and Defendant, AIRBNB, INC., hereby stipulate and agree that this case be dismissed, with prejudice, and that each party bear its own attorney's fees and/or costs.

Entry of this Stipulation and Order will result in the dismissal of the entire action, with prejudice, as to all Defendants.

- 1 -

| | | |
|---|---|---|
| 1 | DATED this 17th day of September, 2025. | DATED this 17th day of September, 2025. |
| 2 | FRIEDMAN & THROOP, PLLC | MCDONALD CARANO |
| 3 | | |
| 4 | /s/ Julie McGrath Throop | /s/ Chelsea Latino |
| 5 | JULIE MCGRATH THROOP, ESQ.<br>JOHN C. BOYDEN, ESQ. | CHELSEA LATINO, ESQ.<br>100 West Liberty Street, Tenth Floor |
| 6 | 300 South Arlington Avenue<br>Reno, Nevada 89501 | Reno, Nevada 89501<br>T: 775-788-2000 |
| 7 | T: 775-322-6500<br>julie@throopnvlaw.com | clatino@mcdonaldcarano.com<br>Attorneys for Defendant AIRBNB, INC. |
| 8 | john@throopnvlaw.com | |
| 9 | Attorneys for Plaintiff | |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: September 18, 2025

## **CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of Friedman & Throop, PLLC, and that on this day I caused to be served the foregoing document(s) on all parties to this action by:

| | |
|---|---|
| _____ | placing an original or true copy thereof in a sealed envelope placed in the United States Mail at Reno, Nevada, postage paid, following ordinary business practices. |
| _____ | certified mail |
| _____ | having them personally delivered |
| ___X___ | by court's CM/ECF program |
| _____ | facsimile (fax) |
| _____ | Federal Express or other overnight delivery |
| _____ | Reno/Carson Messenger Service |

Addressed as follows:

Chelsea Latino, Esq.
McDonald Carano LLP
100 West Liberty Street, Tenth Floor
Reno, Nevada 895001
775-788-2000
clatino@mcdonaldcarano.com

DATED this 17th day of September, 2025.

/s/ Laurie Lau